IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK RANDALL MILNER, | No. C-25-03428 MMC |
| Plaintiff | |
| v. | **ORDER OF REFERRAL** |
| NAPA EMERGENCY WOMEN'S SERVICES (NEWS), et al. | |
| Defendants. / | |

   The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to Magistrate Judge Sallie Kim for consideration of whether the case is related to <u>Milner v. Dodd</u>, 25-03350 SK.

   **IT IS SO ORDERED.**

Dated: April 24, 2025

MAXINE M. CHESNEY
United States District Judge