UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ERIK RANDALL MILNER, | Case No. 25-cv-03350-SK |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| DUSTIN DODD, et al., | |
| Defendants. | |

Plaintiff's deadline to file a response to Defendants' motions to dismiss was July 7, 2025. (Dkt. No. 26.) Plaintiff did not file a response by the deadline. Such failure to prosecute may result in dismissal of Plaintiff's case under Federal Rule of Civil Procedure 41(b).

In addition, based on the filings in the related case, 25-cv-03428-SK, the Court has reason to believe Plaintiff's address has changed. (*See* 25-cv-03428-SK, Dkt. No. 8 (indicating Plaintiff is in custody at Napa County Correctional Facility).) Plaintiff has a duty to notify the Court and Defendants if his address has changed. Civ. L. R. 3-11; (Dkt. No. 9 (advising Plaintiff that failure to promptly inform the Court of a change in address may result in dismissal of the action).)

Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than July 29, 2025 why this case should not be dismissed for failure to prosecute. Plaintiff should discuss why he did not file a response by the deadline. If the Court does not receive a response to this Order, this case will be dismissed without prejudice. In addition, if Plaintiff's address has changed, he must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address.

///

///

///

The Court HEREBY VACATES all pending deadlines and hearings in this case, including the hearing on Defendants' motions to dismiss and the initial case management conference.

**IT IS SO ORDERED**.

Dated: July 8, 2025



_____
SALLIE KIM
United States Magistrate Judge