UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK R. MILNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NAPA EMERGENCY WOMEN'S SERVICES (NEWS), et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-03428-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| ERIK R. MILNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DUSTIN DODD, et al.,<br><br>　　　　　Defendants | Case No. 25-cv-03350-WHO |

Pursuant to Civil Local Rule 3-12(c), the above-entitled related cases are hereby REFERRED, to the Honorable Jacqueline Scott Corley for consideration of whether the cases are related to 25-cv-01923-JSC *Dawson v. Napa County et al*.

**IT IS SO ORDERED.**

Dated: July 16, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　United States District Judge